No. 5256.—León, aplte., v. A. Aguilú Hijo, et al., apldos. —C. D. Ponce. Marzo 18, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)

Vista la sección 19 de la ley de 1907 sobre tercerías y apareciendo del documento que nos ha presentado el apelado que la apelación en este caso no fué interpuesta dentro de los diez días de notificado el apelante de la sentencia dictada contra él, debemos desestimar y desestimamos el presente recurso de apelación.

No. 703.—Marchán, peticionario, v. Corte de Distrito de Arecibo, demandada.— Marzo 19, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Texidor.)

No ha lugar.

No. 702.—Amedée Bonet, peticionario, v. Corte de Distrito de San Juan, demandada.— Marzo 19, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)

No ha lugar.

No. 5249.—Fonseca, apldo., v. Molina et als., apltes.—C. D. Guayama. Marzo 19, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)

Con lugar la moción de desestimación por falta de prosecución.

No. 5257.—Usera, apldo., v. Bird Arias, et al., y Fajardo Sugar Co. of Porto Rico, apltes.—C. D. Humacao. Marzo 19, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)

Con lugar la moción de desestimación por falta de prosecución.